LODGED
CLERK, U.S. DISTRICT COURT
FEB - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CLERK, U.S. DISTRICT COURT
FEB 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES V. FARNSWORTH**<br>PLAINTIFF<br>- VS -<br>**WARDEN LINDA SANDERS, ET**<br>DEFENDANT(S) | CASE NUMBER  2:CV08-06762  GAF  (RZ)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY ENTIRE INITIAL PARTIAL FILING |

On  10/20/2008, plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without paying the full filing fee of  350.00, but plaintiff was ordered to pay an initial partial filing fee, in the amount of $  76.00, within thirty(30) days to the Clerk of Court.  To date, only $  3.02 has been received as payment.

The plaintiff has not complied with 28 U.S.C. § 1915(b)(1) and is here by ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty(20) days from the date of this Order.  Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action.  If the balance of the initial partial filing is received within the twenty(20) day period, no further reponse to this Order to Show Cause is necessary.

Dated : 2/9/09

By: _____
UNITED STATES MAGISTRATE JUDGE

Form 1A    ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY ENTIRE INITIAL